United States District Court
Louisiana Middle District
Exhibits Log: 24MJ00006-UNA Initial Appearance
USA v. Richmond Initial Appearance, 1/23/2024

- 1 -

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-2 | Redacted Richmond Court Martial and Discharge | No |
| Gov-3-a | AR 15 Richmonds Home - Serial Number | No |
| Gov-3-b | AR 15 Richmonds Home | No |
| Gov-3-c | AR 15 Richmonds Home | No |
| Gov-3-d | Richmond Rifle Magazines | No |
| Gov-4 | Redacted Fort Sill Report to FBI | No |
| Def-1 | Email | No |
| Def-2 | Email | No |
| Def-3 | Email | No |