CLOSED

# U.S. District Court
# Middle District of Louisiana (Baton Rouge)
# CRIMINAL DOCKET FOR CASE #: 3:24−mj−00006−UNA−1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Richmond | Date Filed: 01/22/2024 |
| Other court case number: 1−23−MJ−239 District of Columbia | Date Terminated: 01/24/2024 |

Assigned to: Judge Unassigned

**Defendant (1)**

**Edward Richmond , Jr**  represented by  **John S. McLindon**
*TERMINATED: 01/24/2024*                John S. McLindon
                                         12345 Perkins Road
                                         Baton Rouge, LA 70810
                                         225−408−0362
                                         Email: john@mclindonlaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F, 18:231.F, 18:1752.F, 40:5104E.M | |

**Plaintiff**

**USA**  represented by

**Lyman E. Thornton , III**
DOJ–USAO
LRM: Bailey, Celia
Russell B. Long Federal Buildi
777 Florida Street, Suite 208
Baton Rouge, LA 70801
225–389–0443
Email: lyman.thornton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/22/2024 | 1 | | Charging Documents from the District of Columbia in a Rule 5(c)(3) case as to Edward Richmond, Jr. (BLR) (Entered: 01/22/2024) |
| 01/22/2024 | 2 | | NOTICE OF HEARING as to Edward Richmond, Jr.: Initial Appearance set for 1/23/2024 at 10:00 AM in Courtroom 5 before Magistrate Judge Erin Wilder–Doomes. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(BLR) (Entered: 01/22/2024) |
| 01/23/2024 | 3 | | ***SEALED Pretrial Bond Report filed by USPO as to Edward Richmond, Jr.. (For your free look at document, enter your Individual PACER login and pw to confirm your right to view) (Shields, Megan) (Entered: 01/23/2024) |
| 01/23/2024 | 4 | | MINUTE ENTRY for proceedings held before Magistrate Judge Erin Wilder–Doomes:Initial Appearance in Rule 5(c)(3) Proceedings as to Edward Richmond, Jr. held on 1/23/2024. Richmond was advised of his rights and the purpose of this hearing on charges pending in the District of Columbia. Court summarized the Criminal Complaint. Government moved for detention. Richmond was advised of rights under Fed. R. Crim. Proc. 20. Richmond completed Waiver of Rule 5 and 5.1 Hearings, confirming waiver of identity and preliminary hearings and requesting that the detention hearing be held in the Middle District of Louisiana. Testimony was given. For oral reasons given, the court found that the government did not meet its burden of establishing by a preponderance of the evidence that Richmond is a risk of flight or by clear and convincing evidence that Richmond is a danger to others or the community because conditions exist that will reasonably assure his appearance and the safety of others and the community. Edward Richmond, Jr. was ordered RELEASED with conditions.The court reviewed the conditions of release with Richmond, which he signed. The court then reviewed the consequences of a release violation. Pursuant to Local Rules, offering parties shall retain custody of exhibits. (BLR) (Entered: 01/23/2024) |
| 01/23/2024 | 5 | | ORDER: Pursuant to the Due Process Protections Act 5(f), the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Erin Wilder–Doomes on 1/23/2024. (BLR) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/23/2024) |
| 01/23/2024 | 6 | | ORDER Setting Conditions of Release as to Edward Richmond, Jr. Signed by Magistrate Judge Erin Wilder–Doomes on 1/23/2024. (BLR) (Entered: 01/23/2024) |
| 01/23/2024 | 7 | | ELECTRONIC EXHIBITS for hearing dated 1/23/2024. (BLR) (Entered: 01/23/2024) |
| 01/24/2024 | 8 | | Notice from the Louisiana Middle District to District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Edward Richmond, Jr.. Your case number is: 1:23–mj–239. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to work_box@lamd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to work_box@lamd.uscourts.gov.) (LLH) (Entered: 01/24/2024) |
| 01/24/2024 | 9 | | WAIVER of Rule 5 & 5.1 Hearings as to Defendant Edward Richmond, Jr. (BLR) (Entered: 01/24/2024) |
| 01/24/2024 | 10 | | ORDER Requiring a Defendant to Appear in the District where Charges are Pending & Transferring Bail as to Edward Richmond, Jr. Signed by Magistrate Judge Erin Wilder–Doomes on 1/24/2024. (BLR) (Entered: 01/24/2024) |

*Case #: 3:24–mj–00006–UNA*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-mj-6-UNA-1 |
| EDWARD RICHMOND, JR. ) | |
| ) | Charging District's Case No. 1:23-mj-239 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 01/23/2024

*Defendant's signature* — Edward Richmond, Jr.

*Signature of defendant's attorney*

John S. McLindon
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24-MJ-6-UNA |
| Edward Richmond, Jr. | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:23-MJ-239 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 01/24/2024

*Judge's signature*

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

5